IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| T.B., (a minor child) Individually, and T.B., through her Guardian and Father, MICHAEL BALKCOM, and MICHAEL BALKCOM, as Father of T.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>BIBB COUNTY BOARD OF EDUCATION, BIBB COUNTY SCHOOL DISTRICT; IKEIA PHILLIPS; KHORIANDRE WATKINS WARE; ETHEL MARIE BROWN GLOVER; JOHN DOE and JANE DOE,<br><br>Defendants. | CIVIL ACTION NO. 5:10-CV-186 |

## DEFAULT JUDGMENT

Plaintiffs having applied to this Court for entry of a default judgment against Defendant Ikeia Phillips, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, and it appears to the Court that the complaint was filed in this Court on May 7, 2010, and that summons and complaint were duly served on the Defendant Ikeia Phillips on June 17, 2010, and that no answer or other defense has been filed by the said Defendant. Default having been entered on September 30, 2010, in the Office of the Clerk of this Court, and no proceedings having been taken by the Defendant since default was entered, it is hereby ordered, adjudged, and decreed, that judgment by default be, and the same hereby is, granted to the Plaintiffs against Defendant Ikeia Phillips as to the issue of liability for all claims against him in this action. The Court reserves determination of the amount of damages until after hearing evidence with respect thereto.

This 1st day of October, 2010.

                S/ Marc T. Treadwell
                MARC T. TREADWELL, JUDGE
                UNITED STATES DISTRICT COURT

JUDGMENT PREPARED BY:
Charles R. Adams III
Adams & Adams, LLP
P.O. Box 1376
Fort Valley, GA 31030
(478) 825-8989