**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| T.B., a minor child individually, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-186(MTT) |
| | ) |
| BIBB COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Ethel Marie Brown Glover's Motion to Set Aside Default Judgment (Doc. 37) entered by this Court on October 1, 2010 (Doc. 28). The Plaintiffs, Glover, and the remaining Defendants have conferred and agreed that setting aside the default judgment in this case, and permitting Glover to file a responsive pleading, will further both the interests of justice generally and the policies underlying Federal Rule of Civil Procedure 60. The Court agrees. The Motion to Set Aside Default Judgment (Doc. 37) is **GRANTED**, and Glover's previous Motion to Set Aside Judgment (Doc. 36) is **DENIED** as **moot**. Glover shall file her responsive pleading within ten days from the entry of this Order.

**SO ORDERED,** this 6th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT