IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| T.B., a minor child individually, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-186(MTT) |
| | ) |
| BIBB COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court convened a status conference with counsel for the parties September 27, 2011. Among the issues discussed was whether a guardian ad litem should be appointed to represent the interests of T.B. With the express permission of all parties, and with the understanding that the Plaintiffs' counsel will initiate conservatorship proceedings forthwith, it is hereby **ordered** that Michael Balkcom, T.B.'s father, is appointed as T.B.'s guardian ad litem.

**SO ORDERED,** this 27th day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT