IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| T.B., a minor child individually, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BIBB COUNTY BOARD OF EDUCATION, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 5:10-CV-186(MTT) |

## ORDER

This matter is before the Court on the Plaintiffs' Motion for Dismissal. (Doc. 61). The Parties have provided the Court with documentation establishing that a conservator has been duly appointed for T.B. and that the conservator, pursuant to authority granted by the Probate Court of Bibb County, has executed a release of all claims asserted on behalf of T.B. in this action. Plaintiff Michael Balkcom has also executed a release of his claims.

Accordingly, it is hereby ordered that the Plaintiff's Motion for Dismissal is **granted**. This action is **dismissed with prejudice**.

**SO ORDERED,** this 26th day of January, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT